DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEIVIS PATINO ORTEGA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2137

[January 22, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee R. Francois, Judge; L.T. Case No. 22-006270-MU10A.

Joseph A. DiRuzzo, III and Daniel M. Lader of Margulis Gelfand DiRuzzo & Lambson, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***